UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAQUELYN MAHONEY,<br><br>Defendant | Criminal No. 22cr10146<br><br>Violation:<br><br><u>Count One</u>: Distribution of and Possession with Intent to Distribute 50 Grams or More of a Mixture and Substance Containing Methamphetamine;<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii))<br><br><u>Forfeiture Allegation</u>:<br>(21 U.S.C. § 853) |

<u>INFORMATION</u>

COUNT ONE
Distribution of and Possession with Intent to Distribute
50 Grams or More of a Mixture and Substance Containing Methamphetamine
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii))

The United States Attorney charges:

On or about October 28, 2020, in Boston, in the District of Massachusetts, and elsewhere, the defendant,

JAQUELYN MAHONEY,

did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

1. Upon conviction of the offense in violation of Title 21, United States Code, Section 841, set forth in Count One, the defendant,

JAQUELYN MAHONEY

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2. If any of the property described above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendants --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described above.

All pursuant to Title 21, United States Code, Section 853.

                                                RACHAEL S. ROLLINS
                                                UNITED STATES ATTORNEY

                                By:   */s/ Benjamin A. Saltzman*
                                     BENJAMIN A. SALTZMAN
                                     ASSISTANT UNITED STATES ATTORNEY
                                     DISTRICT OF MASSACHUSETTS

DATE:  May 19, 2022