**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**            **Category No.**   II            **Investigating Agency**   ATF

**City**    Boston

**County**   Suffolk                           **Related Case Information:**

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number    22-MJ-5044-JGD
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Jacquelyn Mahoney              Juvenile:    ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name

Address    (City & State)   ACI Rhode Island

Birth date (Yr only): 1991    SSN (last4#): 4230    Sex F    Race: _____    Nationality: USA

**Defense Counsel if known:**   Stephen Huggard         Address   101 Arch Street, 8th Floor, Boston, MA

**Bar Number**                                    Huggard Law LLC

**U.S. Attorney Information:**

**AUSA**   Benjamin A. Saltzman         Bar Number if applicable    683169

**Interpreter:**   ☐ Yes   ☑ No      List language and/or dialect: _____

**Victims:**   ☐ Yes   ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes   ☐ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

☐ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date**

☑ Already in Federal Custody as of    02/18/2022    in    ACI Rhode Island    .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☑ Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   6/27/2022            Signature of AUSA:

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Jacquelyn Mahoney _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) | Distributed 50 grams or more of a mixture and substance containing Methamphetamine | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____