UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | 22-CR-10146-FDS |
| | : | |
| JACQUELYN MAHONEY, | : | |
| Defendant. | : | |

<u>DEFENDANT'S ASSENTED TO MOTION TO CONTINUE SENTENCING DATE</u>

    Comes now the defendant, Jacquelyn Mahoney, by and through undersigned counsel, and moves this Court to enter an Order continuing the sentencing date in this matter until April 5, 2024. This motion is made so that defendant's parents can attend the sentencing. The government assents to this motion. We appreciate its consideration. The date has been cleared with the government and with probation.

    Respectfully submitted,

/s/ Stephen G. Huggard
Stephen G. Huggard (BBO#622699)
stevehuggard@huggardlaw.com
HUGGARD LAW LLC
101 Arch Street, 8th Floor
Boston, Massachusetts 02110
(617) 875-2622

January 17, 2024

Certificate of Service

    I, Stephen G. Huggard, hereby certify that, pursuant to Local Rule 5.2(b)(2), on this 17th day of January 2024, the foregoing document was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing.

                                         /s/Stephen G. Huggard