# Blackstone Career Institute

*Est. 1890*

Awards this Certificate in

## Business and Corporate Law

upon

### Jacquelyn Rose Mahoney

who has fulfilled all the requirements prescribed by the School and is entitled to all of the honors, rights and privileges thereunto appertaining. In Testimony Whereof this recognition of achievement is Given this 19th day of March 2024

_____
President

_____
Valerie L. Behle, B.S., M.Ed.
Director of Education

**Blackstone Career Institute**™

PO Box 3717, Allentown, PA 18106-3717

## Student Transcript
## Business and Corporate Law Certificate course

**Student:** Jacquelyn R Mahoney  87066509
**Address:** Donald W. Wyatt Detention Fac
950 High St
Central Falls  RI  02863

**Student Number:** 81062877
**Enrollment Date:** 11/30/2023
**Completion Date:** 03/19/2024
**Status Date:** 03/19/2024
**Student Status:** Graduated

| Text/Subject | Date Completed | Grade |
|---|---|---|
| **Lesson:   1** | | |
| • BUSINESS LAW EXAM #1  Introduction to Law; Business Ethics  International Law; The U.S. Legal System | 01/03/2024 | 90 |
| • BUSINESS LAW EXAM #2  Constitutional Regulations of Business  Dispute Resolution; Torts | 01/29/2024 | 85 |
| • BUSINESS LAW EXAM #3  Introduction to Contract Law and...  Offer, Acceptance, and Consideration | 01/31/2024 | 90 |
| • BUSINESS LAW EXAM #4  The Rights and Obligations of Third...  Discharge, Breach, and Remedies | 02/27/2024 | 70 |
| • BUSINESS LAW EXAM #5  Agency: Creation and Termination  Agency: Liability for Contracts | 03/11/2024 | 85 |
| • BUSINESS LAW EXAM #6  Labor and Fair Employment Practices  Intellectual Property, Computers, and... | 03/18/2024 | 70 |

**Student Average:**   81.66%     ** FINAL **

This Document Issued: 03/19/2024

**Blackstone Career Institute**
By: *Valerie L. Behrle* B.S., M.Ed.
       Registrar

**DLS** A Direct Learning Systems School

Phone:  610-871-0031 • 800-826-9228 • Fax: 610-871-0034
email: info@blackstone.edu • www.blackstone.edu